IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AYESHAH LACY,** *et al.* | : CIVIL ACTION |
| | : |
| **v.** | : NO. 20-660 |
| | : |
| **BANK OF AMERICA,** *et al.* | : |

## ORDER

**AND NOW**, this 15th day of May 2020, following our Order granting Plaintiffs leave to proceed *in forma pauperis* (ECF Doc. No. 9) consistent with our obligations under 28 U.S.C. § 1915(e)(2)(B)(ii), having now carefully reviewed the *pro se* Complaint (ECF Doc. No. 2), and finding they fail to state a claim within our jurisdiction but granting them leave to timely allege certain claims through an amended Complaint, and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. We **dismiss** the Plaintiffs' plead claims with prejudice;

2. We **grant** the Plaintiffs leave to file an amended Complaint on or before **May 27, 2020** if they can do so consistent with the Law and their good faith obligations under Rule 11;

3. The Clerk of Court shall not issue summons until further Order; and,

4. Defendant shall serve this Order and accompanying Memorandum by first class mail upon the Plaintiffs **today** and file a certificate of service confirming compliance no later than **May 18, 2020.**

_____
**KEARNEY, J.**