IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AYESHAH LACY, *et al.* | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 20-660 |
| | : | |
| BANK OF AMERICA, *et al.* | : | |

# ORDER

**AND NOW**, this 15th day of June 2020, following our Order granting Plaintiffs leave to proceed *in forma pauperis* (ECF Doc. No. 9) consistent with our obligations under 28 U.S.C. § 1915(e)(2)(B)(ii), our May 15, 2020 Order (ECF Doc. No. 13) dismissing the *pro se* Complaint but granting Plaintiffs leave to file an amended Complaint, having now carefully reviewed both of the *pro se* duplicative amended Complaints (ECF Doc. Nos. 17, 19), finding they entirely lack merit as barred by the *Rooker-Feldman* Doctrine, and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. We **dismiss** the Plaintiffs' amended Complaints (ECF Doc. No. 17, 19);

2. The Clerk of Court shall **close** this case; and,

3. Defendant's counsel shall serve this Order and accompanying Memorandum by first class mail upon the Plaintiffs no later than **June 17, 2020,** file a certificate of service confirming compliance no later than **June 18, 2020,** and amend its certificate of service should the mail return as undeliverable.

**KEARNEY, J.**